**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daryl Andre FULLER, Defendant–**
**Appellant.**

**No. 00–7545.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Daryl Andre Fuller, pro se. Arthur Bradley Parham, Office of the United States Attorney, Florence, SC, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Daryl Andre Fuller seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Fuller*, Nos. CR–98–76; CA–00–1614–7–20 (D.S.C. filed Aug. 23, 2000; entered Aug. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*